UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

THE ATLANTIC MONTHLY GROUP  LLC
and CAITLIN H. DICKERSON,

                      Plaintiffs,

              v.

U.S. DEPARTMENT OF JUSTICE

                      Defendant.

Case No.  1:22-cv-1675

**COMPLAINT**

---

Plaintiffs THE ATLANTIC MONTHLY GROUP and CAITLIN H. DICKERSON (collectively "The Atlantic"), by its undersigned attorneys, alleges as follows:

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to obtain an order for the production of agency records from the U.S. Department of Justice in response to requests properly made by Plaintiffs.

## PARTIES

2. Plaintiff The Atlantic Monthly Group LLC publishes *The Atlantic* magazine and TheAtlantic.com.  Founded in 1857 by Oliver Wendell Holmes, Ralph Waldo Emerson, Henry Wadsworth Longfellow and others, *The Atlantic* continues its 165-year tradition of publishing award-winning journalism that challenges assumptions and pursues truth, covering national and international affairs, politics and public policy, business, culture, technology and related areas.

3. Plaintiff Caitlin H. Dickerson is a reporter for *The Atlantic* Magazine.

4. Defendant U.S. Department of Justice ("DOJ") is a federal agency that has possession and control of the records that Plaintiff seeks.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

6. Venue is proper in the District of Columbia under 5 U.S.C. § 552(a)(4)(B).

7. Defendant DOJ has failed to meet the statutory deadline set by FOIA. See 5 U.S.C. § 552(a)(6)(A)-(E). Plaintiffs are therefore deemed to have exhausted all administrative remedies, pursuant to 5 U.S.C. § 552(a)(6)(C).

## FACTS

8. On November 5, 2021, The Atlantic submitted a FOIA requests to DOJ's Executive Office of the United States Attorneys (the "Request"). The Request sought "all duty log entries from the El Paso office of the Western District of Texas recorded from July 2017 [to] July 2018."

9. On November 8, 2021, The Atlantic received an automated response from usaeo.foia.requests@usdoj.gov acknowledging receipt of the Request and assigning it to the case number EOUSA-2022-000410.

10. The Atlantic has repeatedly contacted DOJ by email, including on December 16, 2021, May 6, 2022, and May 26, 2022 respectively, to obtain information about the status of the Request and to inquire as to when responsive records would be produced. DOJ has failed to provide The Atlantic with any meaningful information as to when the agency would respond to the Request or produce responsive records.

11. As of the date of this filing, The Atlantic has not received any records in response to the Request.

## FIRST CAUSE OF ACTION

12. Plaintiffs repeat, reallege, and reincorporate the allegations in the foregoing paragraphs as though fully set forth herein.

13. Defendant is an agency subject to FOIA and must therefore release in response to a FOIA request any disclosable records in its possession at the time of the request and provide a lawful reason for withholding any other materials as to which it is claiming an exemption.

14. Defendant has failed to meet the statutory deadlines of twenty business days set by FOIA, 5 U.S.C. § 552(a)(6)(A)(i). Accordingly, Plaintiffs are deemed to have exhausted their administrative remedies under FOIA.

15. Plaintiffs are entitled to an order compelling Defendants to produce records responsive to their FOIA request.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

16. Declare that the documents sought by the Request, as described in the foregoing paragraphs, are public under 5 U.S.C. § 552 and must be disclosed;

17. Order DOJ to undertake an adequate search for the requested records and provide those records to Plaintiff within 20 business days of the Court's order;

18. Award Plaintiffs the costs of this proceeding, including reasonable attorney's fees, as expressly permitted by FOIA; and

19. Grant Plaintiffs such other and further relief as this Court deems just and proper.

Dated: Washington, D.C.
June 10, 2022

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP

        By: */s/ Laura R. Handman*
            Laura R. Handman

        1301 K Street NW, Suite 500 East
        Washington, D.C. 20005
        (202) 973-4224 Phone
        (202) 973-4499 Fax
        laurahandman@dwt.com

        *Attorneys for Plaintiffs*
        *The Atlantic Monthly Group LLC and*
        *Caitlin H. Dickerson*